IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00626-RPM

FIRST NATIONAL BANK OF OMAHA d/b/a
FIRST NATIONAL BANK,

    Plaintiff,

v.

EDWARD J. POWERS;
KAREN E. SIWEK a/k/a KÄREN E. SIWEK; and
RICHARD V. KEITH,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal without Prejudice [12] filed today, it is

ORDERED that this action and all claims and counterclaims asserted by the parties are dismissed without prejudice, each party to bear their own costs and attorneys' fees.

Dated: June 14th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge